# EXHIBIT 3



Quarterly Reseller Training, June 2023



Smart Extended Perimeter

# Agenda

- Wireless Guardian's New Organizational Structure

- Changes to the Sales Process

- Request to Pursue Training

- Manufacturing Update

- Store as a Medium

- Reseller Expectations and WG Oversight Process

Wireless Guardian Confidential Information - Do Not Distribute

Smart Extended Perimeter

# Wireless Guardian's New Organizational Structure

- Jimmy Cunningham promoted to Chief Information Officer (CIO) with responsibility for the sales, data, and security departments.

- Creation of a Product Development Department, with the promotion of Chris White as its Director.

- Staff expansion in all departments based on the success and growth of the company.

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# Data Department Overview

- Hired additional staff to monitor all data collected from Wireless Guardian products.

- Developed new automation tools that track daily collection totals for devices and vehicles across Wireless Guardian's entire footprint and total devices captured compared to AADT per site.

- Developed a tool to track unique device count, which will speed up the ROI process. The Data Department provides the accounting department with monthly device numbers to be used to invoice Intel and generate ROIs.

- Resellers cannot communicate with the Data Department directly. To request data, an email must be sent to sales-group@thewirelessguardian.com. Resellers can only request one data sample per month, per location.

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# Important Forthcoming Changes to the Sales Process

- Starting September 1st, Wireless Guardian will only accept 100% payment for Pattern of Life (POL) sales. We will no longer accept partial payments. If a reseller chooses to accept partial payments, Wireless Guardian will still require full payments from the reseller.

- Starting September 1st, Pattern of Life (POL) systems will be 100% self-installed. Wireless Guardian will provide resellers with a list of current Wireless Guardian installation companies, but all scheduling and coordination will be done by the reseller in coordination with a Project Manager. Wireless Guardian will conduct quarterly training for new installers.

- Starting January 1st, all resellers will have to meet minimum sales quotas, whether that is through an actual sale to a client or holding inventory.

- If a reseller is unable to meet these new requirements, Wireless Guardian is open to discussing a transition to a sales agent model.

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# Wireless Guardian's Over 500 Location Policy

- The relationship with companies with over 500 locations will be managed by Wireless Guardian .

- Requests to pursue must be submitted before contact has been made.

- All requests to proceed with a 500 + company need to include information about the relationship or the name of the contact person and their title. Requests for approval for any company or location need the name of the business, name of venue, and address.

- Resellers that have gone through the proper approval process may have the opportunity to work with WG on these opportunities but not guaranteed based on the number of resellers and locations involved.

- A Primary Reseller may be approved at WGs discretion in cases where they can show the ability to deploy to all the customers viable locations financially and in a timely manner. This status will be reviewed regularly.

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# Wireless Guardian's Over 500 Location Policy

- WG will be part of all negotiations and must approve all pricing and lease rates that are presented to these customers.

- Once a sales team has been informed in a meeting or on a call that the customer is working with a different reseller, the new sales team must stop the conversation or meeting and must inform WG of the interaction. Wireless Guardian will review the situation and let you know how the opportunity will be managed.

- Nobody should ever interfere with an ongoing negotiation by offering a higher price than has been established and approved by WG.

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# Changes to HubSpot

- Several changes were made to HubSpot to align the CRM with Wireless Guardian's sales process.

- There are certain steps or required documents to move from what stage to the next (described on the next slide). Wireless Guardian's sales support staff will be reviewing each deal to make sure the required information is included and if the information/documents are not there, will notify the reseller that the deal will be moved back until the basic requirements are met.

- We are working on an automated process in HubSpot, but until that is finalized, email sales-group@thewirelessguardian.com when a deal is moved to site walk/site reservation or deal won, so we can ensure monies have been received and procurement can move forward.

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# HubSpot "Gates" and Associated Requirements
## (Initial Engagement to Contract)

- Gate 1: Qualification
  Requirement: Approved Request to Pursue

- Gate 2: Meetings
  Requirement: Signed NDA between Wireless Guardian and the entity

- Gate 3: Contracts and Commitments
  Requirement: MSA between Wireless Guardian and the entity under review

- Gate 4: Awaiting Financing
  Requirement: No documents required while waiting.

**Once financing is approved, documentation of the approval and financing terms must be included to move the deal to any payment received gate.**

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# HubSpot "Gates" and Associated Requirements
## (Money Received)

- Gate 5 (Option 1): Site Walk/Site Hold
  Requirement: Wireless Guardian has received a $3,000 non-refundable payment and approved invoice

- Gate 5 (Option 2): Partial Payment Received (**going away September 1st**)
  Requirement: Wireless Guardian has received 50% or more downpayment with an approved invoice.

- Gate 5 (Option 3): Full Payment Received
  Requirement: Wireless Guardian has received 100% payment with an approved invoice.

**If the site is based on a lease agreement, a Wireless Guardian approved leased document must be attached to proceed to any of the following gates.**

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# HubSpot "Gates" and Associated Requirements (Deal Won)

- Gate 6: Equipment Shipped
  Requirement: Shipping information is loaded into HubSpot by reseller.

- Gate 7: Deal Won/Installed
  Requirement: The system is installed and has been ops check by the NOC.

- Gate 8: Deal Lost
  Requirement: No requirements. This will include deals that are inactive for 90+ days.

**Remember to document all sales activity in Hubspot. We will use Hubspot and its activity logs to determine which locations are 90+ days inactive**

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# HubSpot Required Documents

When a deal reaches any of the monetization gates, it must at a minimum have the following documents in the deal or company record:

- Signed and executed NDA
- Signed and executed MSA
- Invoice for site walk, site reservation, or full invoice
- Wireless Guardian questionnaire with accompanying photos and/or A&E drawings
- If the deal is being financed, financial agreement documentation
- If the deal is based on a lease, an approved Wireless Guardian lease agreement
- For self-installation locations, a signed self-installation acknowledgement document

Once the Sales Team is notified that a deal has moved to a monetization gate, a review of the deal record will be done to ensure it has the proper documents

Wireless Guardian Confidential Information - Do Not Distribute

# Request to Pursue Training

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# Important Manufactuing Information for 2023

- Wireless Guardian will manufacture 2,100 more Sentinel systems in 2023. Of those 350 are already assigned to projects. After 1,750 Sentinel systems are sold, clients will have to wait until 2024 for procurement and installation.

- Wireless Guardian's Sales Department will keep track for those 1,750 systems and can provide updates on how many are sold and how many remain open.

- Signed contracts or "purchasing promises" do not qualify as a sale, and Sentinel systems will not be held strictly on these terms.

- To get one of the remaining 2023 systems, Wireless Guardian must receive funding for the equipment. Wireless Guardian must receive 100% payment for Sentinel systems for deals expecting manufacturing in 0-60 days and at least 50% deposits for Sentinel systems 60+ days. **Before delivery, the reseller will be invoices for 100% of the system price with 30-day terms.**

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# Transitioning from Gen1 to Gen2 Systems

- Part of the remaining 1,750 new Sentinel systems will go toward replacing all GEN1 systems.

- In some cases, a GEN1 system will remain at the location and a GEN2 system will be deployed in the same location to give better coverage. In others, the GEN2 system will replace the GEN1 system.

- There will be a new 2-week burn in period for the GEN2 system. This will ensure that the device is properly functioning and tuned before we begin collecting monetizable data.

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# Store-as-a-Medium Update

- New Partner Driven Program – We have made commitments!

- High Priority Sales Opportunity- The revenue per screen increases dramatically when we hit our goal of 1500 screens. A new calculator based on impressions, store traffic, and dwell time will dictate screen revenue. A calculator to project screen revenue will be sent out next week.

- Benefits to retailer:
  - Utilize screen time to promote store selected products providing uplifts in sales.
  - Cutting edge technology provides in-store traffic pattern information.
  - Pump screens to help drive customers inside to make purchases.

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# Store-as-a-Medium Incentive Program

- For any SAAM systems sold before the end of the year, revenue share will be modified so that the customer receives 75% of the revenue share from Screens and Wi-Fi until their investment is paid off at which point it will revert back to the standard 50% revenue share.

- (Update! – For systems sold before the end of the year, the customer will receive 100% of the SAAM revenue share until the end of the year, and then will receive an 80/20 split until their investment is paid back, at which point it will revert back to the standard 50% revenue share.)

- This is a temporary program to boost sales, and to show Wireless Guardians commitment to this initiative and to our partners.

- This incentive cannot be combined with any other programs or previously agreed to pricing or discounts. .

Wireless Guardian Confidential Information - Do Not Distribute

# Our Fantastic Partners



Smart Extended Perimeter



Perpetual Media

Delivers the programmatic advertising.



Brings paid advertising from the nation's largest advertisers.

intel

Brings the Edge Computing Platform.

Wireless Guardian Confidential Information - Do Not Distribute

# Introducing Our New Partner



Smart Extended Perimeter

## Quividi

- Brings the computer vision to the program.

- Computer vision analytics were brought in to provide more valuable and accurate data to our partners.

- Quividi is already working with thousands of retailers across the country.



Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# Local vs Regional vs National Ads

- Local ads will be the easiest.

- There will be more regional ads as we grow.

- National ads are the hardest to gain. We look to gain more national ads as we grow this new Saam program.

Wireless Guardian Confidential Information – Do Not Distribute



Smart Extended Perimeter

# Large Project Reseller Expectations

- Resellers are the action officer for the transaction and are responsible for coordinating Wireless Guardian's support. This includes aligning schedules, logistics, getting Wireless Guardian access to certain information or infrastructure and other important items.

- Too often, resellers open the door to exciting and large project opportunities, but then leave it to Wireless Guardian to execute. Wireless Guardian is not sized to do this, and with current margins, should not have to. If Wireless Guardian is going to take over as the lead for all action items, the deal will be treated as a sales agent, not reseller agreement.

- F1 event, a perfect case study for how a reseller should provide support to Wireless Guardian.

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# Status of Marketing Materials

- Currently, the Wireless Guardian Dropbox for marketing materials is empty. Some resellers were improperly leveraging documents with clients. Additionally, with our new contract with Intel, we have certain document markings we must add.

- Wireless Guardian will finalize its review of the marketing materials this month and will organize those materials based on what can be shared publicly and what must be shared with a signed NDA.

- Wireless Guardian is updating its marketing materials to allow Tier 1 resellers to co-brand. Co-branding comes with certain requirements, such as limited use of the Intel logo.

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# New Internal Oversight Mechanisms to Improve the Sales Process

- To streamline communication, the Sales Executives will be meeting with each Tier 1 reseller monthly to discuss any forthcoming policy changes, review the current sales pipeline, and discuss quarterly forecasts. This will allow unity of messaging and to provide support to all sales groups.

- Sales Support staff will review HubSpot activities to ensure compliance and identify potential issues early on.

- Wireless Guardian will review AADT projections to make sure they are achievable. Resellers are in the forefront of discussing projections with clients, yet Wireless Guardian is often held accountable for delivering expected ROIs. Wireless Guardian will achieve ROIs that are achievable, not promised. Wireless Guardian sales team will happily provide an AADT/ROI buddy check before it goes to the client.

Wireless Guardian Confidential Information - Do Not Distribute



Smart Extended Perimeter

# In Closing

- Thank you to all resellers, sales groups and sales agents. With your support and partnership, Wireless Guardian has had incredible growth in 2023 and is projected to have a record breaking Q3 and Q4.

- Thank you for your patience and support as we have continued to evolve and update our technology, sales process, manufacturing and other items with the aim to provide better products and improve efficiencies and effectiveness within the company.

- There is nothing but exciting times ahead. We will continue to add rigor, predictability, and oversight of our processes to improve sales and operations, while providing the best possible experience for our customers.

Wireless Guardian Confidential Information - Do Not Distribute

Questions?

Wireless Guardian Confidential Information - Do Not Distribute

